AAS:DMP
F. #2021R01029

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVUD ANSARIY,
also known as "Kozimjon Gafurov"
and "Kozim,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. 1:21-cr-00594 (KAM)(JRC)
(T. 18, U.S.C., §§ 2339B(a)(1), 2 and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Provide Material Support to
a Foreign Terrorist Organization)

1. In or about and between January 2013 and May 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVUD ANSARIY, also known as "Kozimjon Gafurov" and "Kozim," together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services, personnel and currency, to one or more foreign terrorist organizations, to wit: the Islamic State of Iraq and al-Sham ("ISIS") and al-Nusrah Front, which at all relevant times had been designated by the Secretary of State as foreign terrorist organizations, knowing that the

organizations were designated terrorist organizations and the organizations had engaged in and were engaging in terrorist activity and terrorism.

(Title 18, United States Code, Sections 2339B(a)(1) and 3551 et seq.)

COUNT TWO
(Providing and Attempting to Provide Material Support to a Foreign Terrorist Organization)

2. In or about and between January 2013 and February 2015, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVUD ANSARIY, also known as "Kozimjon Gafurov" and "Kozim," together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services, personnel and currency, to one or more foreign terrorist organizations, to wit: ISIS and al-Nusrah Front, which at all relevant times had been designated by the Secretary of State as foreign terrorist organizations, knowing that the organizations were designated terrorist organizations and the organizations had engaged in and were engaging in terrorist activity and terrorism.

(Title 18, United States Code, Sections 2339B(a)(1), 2 and 3551 et seq.)

A TRUE BILL

s/

FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2021R01029
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*DAVUD ANSARIY,*

Defendant

## INDICTMENT

(T. 18, U.S.C., §§ 2339B(a)(1), 2 and 3551 et seq.)

*A true bill.*

s/ ______________________________ *Foreperson*

*Filed in open court this* ______________ *day, of* ____________ *A.D. 20* ____

______________________________ *Clerk*

*Bail, $* ______________________________

***Douglas M. Pravda, Assistant U.S. Attorney (718) 254-6268***