UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **SCHEDULING ORDER** |
| | : | 21-CR-594 (WFK) |
| DAVUD ANSARIY, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES an initial status conference as to DAVUD ANSARIY for Wednesday, September 30, 2026, at 2:30 P.M. The conference will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

On September 24, 2026, Magistrate Judge Lara K. Eshkenazi ordered the exclusion of time in the interest of justice pursuant to the Speedy Trial Act through and including the date of this conference on Wednesday, September 30, 2026. ECF No. 15.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2026
Brooklyn, New York